UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STUMBLEUPON, INC., ) | Case No.: C 12-5419 PSG |
| ) Plaintiff, ) | **ORDER RE CASE MANAGEMENT CONFERENCE** |
| v. ) ) | |
| INFOAXE, INC. AND DOES 1 TO 10, ) ) | |
| Defendants. ) ) | |

In its case management statement, Plaintiff Stumbleupon, Inc. ("Plaintiff") notified the court that it had not yet served Defendants Infoaxe, Inc. and Does 1 through 10 ("Defendants"). Plaintiff requests that the case management conference currently set for December 18, 2012 be rescheduled until Plaintiff has served Defendants. Having filed its complaint on October 19, 2012, Plaintiff has until February 16, 2013 to serve Defendants.[1] In light of the inefficiency of conducting a case management conference with only one of the parties, the court GRANTS Plaintiff's request.

IT IS HEREBY ORDERED that the case management conference currently scheduled for December 18, 2012 shall be postponed until 2:00 p.m. on February 26, 2013.

---

[1] *See* Fed. R. Civ. P. 4(m).

ORDER

IT IS FURTHER ORDERED that no later than February 19, 2013 the parties shall file a joint case management statement in compliance with Civil L.R. 16-9(a).

**IT IS SO ORDERED.**

Dated: December 17, 2012

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER