1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| STUMBLEUPON, INC., | ) | Case No.: C 12-5419 PSG |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING CASE** |
| v. | ) | **MANAGEMENT CONFERENCE** |
| | ) | |
| INFOAXE, INC., et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

19  A case management conference in this case currently is scheduled for 10:00 a.m. on

20  February 26, 2013. In its case management statement filed on February 19, 2013, Plaintiff

21  Stumbleupon, Inc. ("Stumbleupon") requested that the case management conference be vacated

22

23  pending its filing of proof of service on Defendants Infoaxe, Inc., et al (collectively, "Infoaxe").

24  According to Stumbleupon, the parties are working actively toward settlement.

25  The court agrees that a case management conference in the midst of settlement talks would

26  not be an efficient use of time, and so the court will postpone the conference approximately sixty

27  days to allow the parties to finalize the settlement terms. Assuming the parties have not reached

28

1

Case No.: 12-5419 PSG
ORDER

settlement in the interim, they shall appear for a case management conference at 2:00 p.m. on Tuesday, April 30, 2013. To ensure that the case moves forward in the event that the parties do not reach a settlement, both parties shall file their consents/declinations to magistrate jurisdiction by February 26, 2013 at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: February 25, 2013

                                                  PAUL S. GREWAL
                                                  United States Magistrate Judge

Case No.: 12-5419 PSG
ORDER

2