**LEE TRAN & LIANG APLC**
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
Edward Quon (SBN 214197)
edward.quon@ltlattorneys.com
Lisa Chin (SBN 259793)
lisa.chin@ltlattorneys.com
702 Marshall Street, Suite 411
Redwood City, California
Telephone: (650) 241-2140
Facsimile: (213) 612-3773

Attorneys for Plaintiff
StumbleUpon, Inc.

**BANIE & ISHIMOTO LLP**
DAVID BANIE (SBN 217924)
dbanie@banishlaw.com
JENNIFER L. ISHIMOTO (SBN 211845)
ishimoto@banishlaw.com
1999 South Bascom Ave., Suite 700
Campbell, CA  95008
Telephone: (650) 549-5660
Facsimile: (213) 665-2520

Attorneys for Defendant
Infoaxe, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUMBLEUPON, INC., a Delaware corporation, | Case No.: CV12-05419-LHK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| v. | |
| INFOAXE, INC., a Delaware corporation, and DOES 1 to 10, | |
| Defendants. | |

1  WHEREAS, Plaintiff StumbleUpon, Inc. filed its Complaint in this Action on October 19, 2012;

WHEREAS, Defendant Infoaxe, Inc. filed its Motion to Dismiss on April 9, 2013;

WHEREAS, Plaintiff and Defendant have entered into a settlement agreement;

NOW THEREFORE, IT IS HEREBY STIPULATED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) by and between Plaintiff and Defendant through their designated counsel as follows:

1. All claims against Defendant Infoaxe, Inc. are dismissed without prejudice; and
2. Each party shall bear its own costs, expenses and attorneys' fees.

IT IS SO STIPULATED.

DATED: April 18, 2013         LEE TRAN & LIANG APLC

  /s/ Enoch H. Liang
Enoch H. Liang
Attorneys for Plaintiff StumbleUpon, Inc.

DATED: April 18, 2013         BANIE & ISHIMOTO LLP

  /s/ David Banie
David Banie
Attorneys for Defendant Infoaxe, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

The Clerk shall close the file.

DATED:  April 19    , 2013

_Lucy H. Koh_
Hon. Lucy H. Koh
United States District Judge

-1-
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL